

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NAVAN FOODS, LLC,

    Plaintiff,

v.                                                          Civil Action No.: 2:16cv157

SPANGLER CANDY COMPANY, INC.,

and

FISHER DESIGN, INC.

    Defendants.

## ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained for the purposes of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

It is so **ORDERED**.

                                                       /s/
                                  Henry Coke Morgan, Jr.
                                  Senior United States District Judge
                                HENRY COKE MORGAN, JR.
                          SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
December 13, 2016